UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BINH C. TRAN,

         Plaintiff,

   v.

TURNER, et al.,

         Defendants.

No. 2:15-cv-0200 DAD P

ORDER

     Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, the certificate portion of the request which must be completed by plaintiff's institution of incarceration has not been filled out. Also, plaintiff has not filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a completed in forma pauperis application and a certified copy in support of his application.

     In accordance with the above, IT IS HEREBY ORDERED that:

     1. Plaintiff's January 26, 2015 request for leave to proceed in forma pauperis (ECF No. 2) is denied without prejudice.

/////

1

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

3. Plaintiff shall submit, within thirty days of the date of this order, a completed affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of the Court.

4. Plaintiff shall submit, within thirty days of the date of this order, a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated: February 12, 2015

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:10/kly
tran0200.3c+new