# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BINH C. TRAN,<br><br>        Plaintiff,<br><br>    v.<br><br>JOKSCH,<br><br>        Defendant. | No. 2:15-cv-0200 DB P<br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis pursuant to 42 U.S.C. § 1983. Plaintiff has consented to the jurisdiction of a magistrate judge.

On March 28, 2017, the undersigned screened plaintiff's first amended complaint and found it to state a claim against Correctional Officer ("CO") Joksch, but all other claims and defendants must be dismissed. (ECF No. 18.) Plaintiff was then given the option of proceeding on the amended complaint as screened or filing a second amended complaint. Plaintiff has now filed a notice of his willingness to proceed on the amended complaint as screened. (ECF No. 19.)

Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for CO Joksch;

2. The Clerk of the Court shall send plaintiff 1 USM-285 form, one summons, an instruction sheet and a copy of the first amended complaint filed December 28, 2015;

3. Within thirty days from the date of this order, plaintiff shall complete the attached

1

Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for defendant; and

    d. 2 copies of the endorsed amended complaint filed December 28, 2015.

4. Plaintiff need not attempt service on defendant and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

Dated: June 2, 2017

*[Signature]*
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

/DLB7;
Inbox/Routine/tran0200.srvc

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BINH C. TRAN,<br><br>        Plaintiff,<br><br>   v.<br><br>JOKSCH,<br><br>        Defendant. | No. 2:15-cv-0200 DB P<br><br>NOTICE OF SUBMISSION |

    Plaintiff submits the following documents in compliance with the court's order filed _____:

    \_\_\_\_        completed summons form

    \_\_\_\_        completed USM-285 form

    \_\_\_\_        copies of the December 28, 2015, first amended complaint.

DATED:

                                                                 _____
                                                                 Plaintiff