UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BINH C. TRAN, | No. 2:15-cv-0200 MCE DB P |
| Plaintiff, | |
| v. | ORDER |
| JOKSCH, | |
| Defendant. | |

On October 6, 2017, plaintiff filed a request for reconsideration of the magistrate judge's orders filed October 3, 2017 and September 14, 2017, granting an extension of time for defendant to file an answer and denying motion for default judgment respectively. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Id. Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law. Therefore, Plaintiff's request for consideration is DENIED.

IT IS SO ORDERED.

Dated: October 18, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE