UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BINH C. TRAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOKSCH,<br><br>　　　　　Defendant. | No. 2:15-cv-0200 MCE DB P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. Pending before the court is defendant's December 14, 2017, motion for leave to take plaintiff's deposition pursuant to Federal Rule of Civil Procedure 30(a)(2)(B) and to videotape said deposition. (ECF No. 47.) Under 30(a)(2)(B), the deposition of a deponent who is confined in prison may be taken with leave of court, and leave must be granted to the extent consistent with Rule 26(b)(1) and (2). As defendant seeks to depose plaintiff regarding plaintiff's claim and defendant's defense in this matter, the proposed deposition is well-within the scope of discovery and does not appear to exceed any of the limitations set forth in Rule 26(b)(2).

////
////
////
////
////

Therefore, IT IS HEREBY ORDERED that defendant's motion to depose plaintiff is granted.

Dated: December 27, 2017

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

/DLB7;
DB/Inbox/Routine/tran0200.depo

2